FILED
 2010 Sep-30 PM 03:29
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KIDRON ISRAEL FLAVOR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:09-cv-01079-HGD |
| ) | |
| LOYD ARRINGTON, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER

The magistrate judge filed a report and recommendation on June 24, 2010, recommending that plaintiff's claims against defendants Arrington and Kent in their official capacities be DISMISSED pursuant to 28 U.S.C. § 1915A(b)(2) and that the plaintiff's equal protection claims, failure to protect claims, excessive force claim as to defendant Norred, conditions of confinement claims, access to court claims, and supervisory liability claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  The magistrate judge further recommended the following claims be referred to the magistrate judge for further proceedings:

(1) Plaintiff's claim against defendants Norred, Hudson, and Kent, in their individual capacities, for being placed on "lockdown" since June 19, 2008, without an administrative hearing;

(2) Plaintiff's claims against defendants Earl and Hudson for denying plaintiff vegetarian meals in accordance with his religious views; and

(3) Plaintiff's Eighth Amendment claim against defendant Hudson stemming from the May 24, 2009, incident in which defendant Hudson sprayed plaintiff with mace and left plaintiff in a closed room with mace fumes for two hours while restrained.

The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

Having carefully reviewed and considered *de novo* the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is therefore ORDERED that all claims hereby are DISMISSED pursuant to 28 U.S.C. § 1915(A)(b)(1) and/or (2) EXCEPT

(1) Plaintiff's claim against defendants Norred, Hudson, and Kent, in their individual capacities, for being placed on "lockdown" since June 19, 2008, without an administrative hearing;

(2) Plaintiff's claims against defendants Earl and Hudson for denying plaintiff vegetarian meals in accordance with his religious views; and

(3) Plaintiff's Eighth Amendment claim against defendant Hudson stemming from the May 24, 2009, incident in which defendant Hudson sprayed plaintiff with mace and left plaintiff in a closed room with mace fumes for two hours while restrained.

It is FURTHER ORDERED that these remaining claims hereby are REFERRED to the magistrate judge for further proceedings.

Done this <u>30th</u> day of <u>September 2010</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671